# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MR. HOSPITALITY GROUP LLC

Plaintiff(s),

vs.

QARMA GROUP LLC D/B/A QUEEN LAS VEGAS

Defendant(s).

Case # 2:24-cv-00649

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

___Catherine F. Hoffman___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

___Baker Donelson, Bearman, Caldwell Berkowitz, PC___
(firm name)

with offices at ___200 E. Broward Blvd., Suite 2000___,
(street address)

___Fort Lauderdale___, ___Florida___, ___33301___,
(city)              (state)              (zip code)

___954-768-1600___, ___choffman@bakerdonelson.com___.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Mr. Hospitality Group LLC___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since October 20, 1989 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Florida (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Supreme Court | 10/14/2014 | 292248 |
| U.S. District Court for the Northern District of Florida | 08/02/2016 | 828459 |
| U.S. District Court for the Middle District of Florida | 05/04/2011 | 828459 |
| U.S. District Court for the Southern District of Florida | 08/03/1992 | 828459 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations. (State "none" if Petitioner is not a member of other Bar Associations.)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 04/29/2021 | SBD Apparel Limited v. Stronghouse Gym LLC et al 2:21-cv-00421-JAD-EJY | District of Nevada | Granted |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

           *Petitioner's signature*

4  STATE OF Florida
5  COUNTY OF Broward

7  Catherine F. Hoffman, Petitioner, being first duly sworn, deposes and says:
8  That the foregoing statements are true.

           *Petitioner's signature*

10 Subscribed and sworn to before me this

11 9th day of April, 2024.

☒ Personally Known
☒ Physically Appeared

           Notary Public or Clerk of Court

DUANE L. PINNOCK
MY COMMISSION # HH 208093
EXPIRES: December 14, 2025

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Kevin D. Everage, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

3883 Howard Hughes Parkway, Suite 800
(street address)

Las Vegas, Nevada, 89169
(city)   (state)   (zip code)

702-550-4400, keverage@dickinsonwright.com
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Kevin D. Everage__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_____
(type or print party name, title)

*[signature]*
(party's signature)

MATHIEU MASSA, MR. HOSPITALITY GROUP MANAGEMENT
(type or print party name, title) INC. - MGR

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*[signature]*
Designated Resident Nevada Counsel's signature

15913      keverage@dickinsonwright.com
Bar number      Email address

APPROVED:
Dated: this __10__ day of __April__, 20__24__.

*[signature]*
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida     )

County of Leon     )          In Re:   0828459
Catherine Fran Hoffman
Baker Donelson
200 E Broward Blvd Ste 2000
Fort Lauderdale, FL 33301-1927

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 20, 1989**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  2nd  day of **April, 2024**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-277133